# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| JOANNE SANCHEZ, | Case No. 1:19-cv-00580-LJO-SAB |
|---|---|
| Plaintiff, | ORDER REQUIRING PLAINTIFF TO SHOW CAUSE WHY THIS MATTER SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE |
| v. | |
| DYNAMIC RECOVERY SOLUTIONS, LLC., | (ECF No. 7) |
| Defendant. | FIVE DAY DEADLINE |

Joanne Sanchez ("Plaintiff") filed this action pursuant to the Telephone Consumer Protection Act, 47 U.S.C. § 227 et seq. against Dynamic Recovery Solutions LLC ("Defendant"). On July 16, 2019, the parties filed a stipulation to extend time for Defendant to file an answer to the complaint. Pursuant to the stipulation, Defendant's answer was due on August 9, 2019. No answer or other responsive pleading nor a further stipulation to extend time have been filed.

Rule 12 of the Federal Rules of Civil Procedure provides that the time to serve a responsive pleading is within twenty one days after being served with the summons and the complaint. Fed. R. Civ. P. 12(a)(1)(A)(i). When a party against whom affirmative relief is sought fails to plead or otherwise defend an action default should be sought. Fed. R. Civ. P. 55(a).

Here, Plaintiff stipulated that Defendant's answer to the complaint was to be filed on August 9, 2019. No responsive pleading has been filed. There has been no further stipulation to extend time for an answer to be filed nor has Plaintiff sought to have default entered in this action.

Accordingly, Plaintiff is HEREBY ORDERED to SHOW CAUSE in writing within **five (5) days** from the date of entry of this order why this action should not be dismissed for failure to prosecute. Plaintiff is advised that failure to respond to this order will result in the recommendation that this action be dismissed for failure to prosecute and failure to comply with a court order.

IT IS SO ORDERED.

Dated: **August 19, 2019**

UNITED STATES MAGISTRATE JUDGE