# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOANNE SANCHEZ,<br><br>         Plaintiff,<br><br>    v.<br><br>DYNAMIC RECOVERY SOLUTIONS, LLC.,<br><br>         Defendant. | Case No. 1:19-cv-00580-LJO-SAB<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE AND REQUIRING PLAINTIFF TO FILE DISPOSITIONAL DOCUMENTS<br><br>(ECF Nos. 8, 9)<br><br>SIXTY-DAY DEADLINE |

Joanne Sanchez ("Plaintiff") filed this action pursuant to the Telephone Consumer Protection Act, 47 U.S.C. § 227 et seq. against Dynamic Recovery Solutions LLC. On August 19, 2019, an order issued requiring Plaintiff to show cause why this action should not be dismissed for Plaintiff's failure to prosecute. (ECF No. 8.) On August 23, 2019, Plaintiff filed a notice of settlement requesting sixty days to file dispositional documents. (ECF No. 9.) Based on Plaintiff's notice that this matter has settled the order to show cause shall be discharged.

///
///
///
///
///

1

Accordingly, IT IS HEREBY ORDERED that:

1. The order to show cause filed on August 19, 2019 is DISCHARGED;
2. All pending matters and dates are VACATED; and
3. Plaintiff shall file dispositional documents within sixty (60) days of the date of entry of this order.

IT IS SO ORDERED.

Dated: **August 26, 2019**

UNITED STATES MAGISTRATE JUDGE